UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| KAREN GUANCIONE | : | |
| Plaintiff | : | |
| v. | : | Civil Action No. 07-3202(KSH) |
| | : | |
| MARY CIUFFITELLI | | CORRECTED |
| | : | ORDER ON INFORMAL |
| Defendant | | APPLICATION |

This matter having come before the Court for the entry of the Final Pretrial Order;

and the Court having considered the plaintiff's letter dated September 24, 2008;

and the parties have been directed to present a written narrative statements of the facts that they intend to prove, an exhibit list, and a witness list and summaries of the witness' expected testimony by deadlines set forth in the Order dated June 5, 2008;

and the plaintiff having presented these items by way of letter dated September 11, 2008;

and the defendant having failed to present her narrative state of facts that she intends to prove, an exhibit list, witness list, and summaries of witness' expected testimony by the deadline of September 12, 2008;

and the parties having been advised that the final pretrial submissions set forth the facts and the evidence that the parties will be permitted to prove at trial;

and the Court advising the defendant that if she fails to present her submission by the deadline set forth herein, then the plaintiff's submission will be deemed the final pretrial order, and the defendant will be precluded from presenting witnesses or exhibits other than those set forth in the plaintiff's submission;

IT IS THEREFORE ON THIS 7th day of October, 2008

ORDERED that if the defendant does not submit her written narrative statement, exhibit list, witness list, and a summary of the witness' testimony on or before **October 21, 2008**, then the plaintiff's final pretrial submission shall be entered as the Final Pretrial Order and the defendant will be precluded from presenting witnesses or exhibits other than those set forth in the plaintiff's submission; and

IT IS FURTHER ORDERED that the Final Pretrial Order shall be entered on or about October 27, 2008.

s/ Patty Shwartz
United States Magistrate Judge